| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH HASKELL MAINE, | | Case No. 1:20-cv-00303-JLT-HBK |
| | Petitioner, | ORDER THAT PETITIONER PROVIVDE STATUS UPDATE RE: MOTION TO STAY |
| v. | | |
| NDOH, | | |
| | | RESPONSE DUE IN THIRTY DAYS |
| | Respondent. | |

This case now comes before the Court on periodic review. Petitioner Joseph Haskell Maine, a state prisoner, has a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254 pending. (Doc. No. 1). On May 11, 2020, the Court granted Petitioner's motion for a stay and abeyance of his petition in order to permit him an opportunity to exhaust two of the grounds in his petition. (Doc. No. 8). The order directed Petitioner to file a motion to lift the stay within 30 days of the California Supreme Court issuing a final order resolving his unexhausted claims. (*Id*. at 3). It has been more than 18 months since Plaintiff's motion for a stay was granted. The Court will direct Petitioner to provide a report of the status of his state exhaustion efforts regarding his previously unexhausted grounds.

Accordingly, it is hereby **ORDERED**:

Within **thirty (30) days from the date on this Order**, Petitioner must file a report to the Court as to the status of his unexhausted claims. The report should include (1) the state case

number, filing date of his state habeas petition(s) and date(s) of any state court decision(s); (2) the status of his efforts to exhaust his unexhausted grounds, including whether the state court and/or California Supreme Court has issued a ruling on his state habeas; (3) copies of any proof that Petitioner has fully exhausted his claims or that his state habeas claims remain pending in the state court.

Dated:    January 26, 2022

*Helena M. Barch-Kuchta*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE